# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1788
Lower Tribunal No. F14-554

_____

**Terrence Jefferson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Terrence Jefferson, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Appellant, Terrence Jefferson, challenges the summary denial of his motion for postconviction relief alleging ineffective assistance of trial counsel pursuant to Florida Rule of Criminal Procedure 3.850. Because the lower court failed to "attach those specific parts of the record that refute each claim presented in the motion," we reverse and remand with directions to reconsider the issues and for the attachment of appropriate portions of the record that conclusively refute the allegations, or, if no such determination can be reached from the record, for an evidentiary hearing. Anderson v. State, 627 So. 2d 1170, 1171 (Fla. 1993) (citation omitted); see, e.g., Ross v. State, 26 So. 3d 83, 84 (Fla. 3d DCA 2010) ("If the trial court again enters an order summarily denying the postconviction motion, the court shall attach record excerpts conclusively showing that the appellant is not entitled to any relief on the stated claims."); Barber v. State, 951 So. 2d 49, 50 (Fla. 3d DCA 2007); Thermidor v. State, 947 So. 2d 1253 (Fla. 3d DCA 2007).

Reversed and remanded.